■ PAULINE R. WEISS, Respondent-Appellant, v. FRANCIS A. FOTE et al., Respondents, and CITY OF BUFFALO, Appellant.— Judgment, amended judgment and order affirmed, with costs to plaintiff against defendant City of Buffalo. All concur. (Appeal by defendant city from judgment and amended judgment of Erie Trial Term for plaintiff and against said defendant in an action for damages for personal injuries alleged to have been sustained by plaintiff by reason of negligent operation of intersection signals; the amended judgment directed judgment in favor of defendants Fote and Alexander against plaintiff. The order denied a motion by defendant city for a new trial; also appeal by plaintiff from so much of the judgment as amended as adjudged that defendants Fote and Alexander have judgment against plaintiff on the issues.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ WILLIE L. ALEXANDER, Respondent, v. FRANCIS A. FOTE, Defendant, and CITY OF BUFFALO, Appellant.— Judgment insofar as appealed from and order affirmed, with costs. All concur. (Appeal from part of a judgment of Erie Trial Term, for plaintiff in an action for damages for personal injuries sustained by reason of collision of two automobiles alleged to have been caused by negligent operation of intersection signals. The order denied defendant's motion for a new trial.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ KAYVEE SALES CORP., Plaintiff, v. MIKE FELDMAN et al., Defendants. — Appeal of Francis J. De Maria dismissed, without costs, upon stipulation.

■ KINGMAN BASSETT, Individually and as Trustee for BARBARA B. MC-KILLEN, and Others, Respondent, v. ROBERT S. BASSETT et al., Appellants.— Appeals dismissed, without costs, upon stipulation.

■ MURIEL THIBERT, Respondent, v. ALLAN J. THIBERT, Appellant.— Appeal dismissed, without costs, upon stipulation.

■ THOMAS E. McNERNEY, Respondent, v. MARY KRESS et al., Respondents, and JOSEPH P. McNERNEY, Appellant.— Appeal dismissed, without costs, upon stipulation.

■ KARL THEILE, Plaintiff, v. LEONARD PIECHOCKI, Defendant.— Appeal dismissed, without costs, upon stipulation.

■ VILLAGE OF HILTON, Plaintiff, v. CUMMINGS AND HOLMES, INC., et al., Defendants. (And another action.) — Order of substitution of attorneys entered.

■ CLAUDE WAFUL, Appellant, v. PITTMAN MANUFACTURING COMPANY, Respondent.— Appeal dismissed unless printed records and briefs are filed and served on or before May 13, 1959.

■ In the Matter of ALLIED CHEMICAL CORP., Appellant, against CHESTER KOWAL, Respondent.— Motion granted and time for argument of appeal extended to include September 1959 Term; time for filing and serving respondent's brief extended to July 15, 1959.

■ In the Matter of the Appointment of a Member of the Committee on Character and Fitness of Applicants for Admission to the Bar for the Fifth Judicial District.— Salvador J. Capecelatro, Esq. appointed a member in place and stead of Clarence E. Williams, deceased.

■ BEINBRINK PAPERS CO., INC., Appellant, v. DONALD G. COBB, Respondent.— Appeal dismissed for failure to comply with previous order, with $10 motion costs.